Georgina SMITH, Appellant,

v.

Don WAGNER; Schnucks Markets, Inc., Appellees.

No. 06–3067.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2008.

Filed: Feb. 15, 2008.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Georgina Smith appeals the district court's [1] adverse grant of summary judgment on her employment-discrimination claims and dismissal without prejudice of her state-law assault claim. Having carefully reviewed the record and considered Smith's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman,*

289 F.3d 517, 520 (8th Cir.2002) (grant of summary judgment reviewed de novo); *see also Johnson v. City of Shorewood, Minn.,* 360 F.3d 810, 819 (8th Cir.2004) (district court has discretion to decline supplemental jurisdiction where it has dismissed all original-jurisdiction claims). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.